1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIANE BOWARE,                       )   CASE NO. 2:23-cv-00579-GMN-VCF
                                    )
                Plaintiff,          )
                                    )
        vs.                         )
                                    )
LEVI STRAUSS DISTRIBUTION CENTER,   )   **ORDER TEMPORARILY**
ET AL.,                             )     **UNSEALING NOTES**
                                    )
                Defendants.         )
_____)

On August 31, 2023, Paige Christian, Court Reporter, received a Transcript Order form requesting a transcript of the Early Neutral Evaluation Session held on July 10, 2023, from the law firm of Ogletree Deakins, in which a portion of the hearing was sealed.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Ogletree Deakins.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this __6th__ day of __September__, 2023.

_____
Daniel J. Albregts, U.S. Magistrate Judge