# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIANE BOWARE,                                    )
                                                 )
                         Plaintiff,              )        Case No.: 2:23-cv-00579-GMN-VCF
         vs.                                     )
                                                 )        **ORDER ADOPTING R&R**
LEVI STRAUSS DISTRIBUTION CENTER,                )
*et al.*,                                        )
                                                 )
                         Defendants.             )
_____)

Pending before the Court is the Report and Recommendation (R&R), (ECF No. 32), of United States Magistrate Judge Daniel J. Albregts, which recommends the Court grant Defendant Levi Strauss's Motions to Enforce Settlement, (ECF Nos. 23, 29).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections to the R&R were filed, and the deadlines to do so have passed. (*See* Min. Order, ECF No. 32) (setting December 20, 2023, deadline for objections).  The Court

therefore ADOPTS the R&R in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 32), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motions to Enforce Settlement, (ECF Nos. 23, 29), are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall comply with the terms of the settlement agreement and file dismissal documents by January 22, 2024.

Dated this  29  day of December, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 2 of 2